## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICHAEL HALL and JAMES HALL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ENSUREM II LLC and Jane Does 1-5, )<br>)<br>Defendants. )<br>) | No. 2:20-CV-01196-KG-JHR |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiffs Michael Hall and James Hall and Defendant Ensurem II, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

RESPECTFULLY SUBMITTED,

s/Sid Childress (Approval via email 1/7/2021)
Sid Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, New Mexico  87505
(505) 433-9823
childresslaw@hotmail.com

ATTORNEY FOR PLAINTIFFS MICHAEL HALL AND JAMES HALL

2

CAVIN & INGRAM, P.A.


By: /s/ Stephen D. Ingram
Stephen D. Ingram
P.O. Box 1216
Albuquerque, New Mexico 87103
(505) 243-5400
singram@cilawnm.com

ATTORNEYS FOR DEFENDANT
ENSUREM II, LLC

2