IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL HALL and JAMES HALL,

        Plaintiffs,

v.                                                CIV No. 20-1196 KG/JHR

ENSUREM II LLC and Jane Does 1-5,

        Defendants.

## ORDER OF DISMISSAL

Plaintiffs have filed their Motion to Set Aside Stipulation and Dismiss (Doc. 16) on January 8, 2021.  As shown by the approval of defense counsel appearing below, this Order is approved and unopposed by Defendant EnsureM II LLC.

IT IS ORDERED the Stipulation of Dismissal (Doc. 15) filed by the parties on January 7, 2021, is hereby set aside.  IT IS ORDERED the above-entitled and numbered cause is dismissed as to EnsureM II LLC with prejudice and as to Jane Does 1-5 without prejudice.  IT IS FURTHER ORDERED that because this case is dismissed and closed the Scheduling Conference set for January 20, 2021, is hereby vacated.   All parties will bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

/s/ Sid Childress

_____

Sid Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Plaintiffs

Approved:

CAVIN & INGRAM, P.A.

By email on 1/11/2021

_____

Stephen D. Ingram
P.O. Box 1216
Albuquerque, NM 87103
(505) 243-5400
singram@cilawnm.com
ATTORNEYS FOR DEFENDANT
ENSUREM II, LLC